# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 23, 2022

## NO. 03-21-00230-CR

**The State of Texas, Appellant**

**v.**

**Dustin Grier Hartley, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.